FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 AUG 30 AM 10: 46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

**TANYA HOLLIMAN,**

    Plaintiff,

v.

**SHELBY COUNTY GOVERNMENT,**

    Defendant.

Case No.: 03-2919 D P

## ORDER GRANTING MOTION TO LIFT STAY AND SETTING STATUS CONFERENCE

Before the court is Plaintiff's Motion to Lift Stay and Defendant's Response Thereto. Upon review of the motion, and the entire case record, it appears that Plaintiff's motion is well-taken. It further appears that Plaintiff does not have an active bankruptcy case, and the Circuit case has been decided. Accordingly, the stay is lifted, and the matter is set for a status/scheduling conference on Friday, September 9, 2005, at 8:45 a.m.

**IT IS SO ORDERED** this 29 day of August, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and /or 9(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:03-CV-02919 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Emma Cole
LAW OFFICE OF EMMA COLE
2693 Union Ave., Extd.
Ste. 200
Memphis, TN 38112

M. Dell Stiner
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT