FILED BY 76 D.C.

05 SEP -9 PM 4: 00

CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

TONYA HOLLIMAN,

      Plaintiff,

vs.

                              NO.:   03-2919 D/P

SHELBY COUNTY GOVERNMENT,

      Defendant.

---

## ORDER RESCHEDULING STATUS CONFERENCE

---

This matter having come before the Court upon Motion of the Defendant, by and through its counsel M. Dell Stiner, for an Order Rescheduling Status Conference, and upon argument of counsel the Court finds that the Motion is not opposed and is well taken and should be granted.

**IT IS THEREFORE ORDERED,** that the Status Conference in this cause is rescheduled until _FRIDAY, SEPTEMBER 16, 2005 at 3:00 P.M._

ORDERED this the _9th_ day of September, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/ 79(a) FRCP on _____

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:03-CV-02919 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Emma Cole
LAW OFFICE OF EMMA COLE
2693 Union Ave., Extd.
Ste. 200
Memphis, TN 38112

M. Dell Stiner
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT