IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TONYA HOLLEMAN,  )
)
Plaintiff,  )
)
v.  )  No.: 03-2919 D/P
)
SHELBY COUNTY GOVERNMENT,  )
)
Defendant.  )

## MOTION BY SHELBY COUNTY TO RESCHEDULE STATUS CONFERENCE

**COMES NOW** Shelby County Government, and respectfully moves this Honorable Court to reschedule the status conference now scheduled for September 16, 2005, at 3:00 p.m. In support of same Shelby County Government is attaching the Affidavit of Eugene Gaerig, one of the attorneys that are representing Shelby County. Attorney Gaerig has surgery scheduled for September the 16th and had scheduled same prior to receiving notice of the rescheduling of the status conference.

For all of the above reasons, Defendant prays that this Honorable Court rescheduling the status conference set September 16th at 3:00 p.m.

Respectfully submitted,

EUGENE C. GAERIG   #12136
Attorney at Law
100 N. Main Street, Suite 3118
Memphis, Tennessee 38103
Tele. (901) 526-6000
Fax (901) 526-6030

**MOTION GRANTED**
DATE: 9-16-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

## CERTIFICATE OF SERVICE

I hereby certify that I delivered a copy of the foregoing document to the following attorneys in this cause:

M. Dell Stiner<br>
Assistant County Attorney<br>
147 Jefferson Avenue, Suite 1205<br>
Memphis, Tennessee 38103

Emma Cole<br>
Attorney at Law<br>
2693 Union Ave Extd., Suite 200<br>
Memphis, Tennessee 38112

by United States mail, postage prepaid, this the ___14th___ day of ___Sept___, 2005.

_____
EUGENE C. GAERIG

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:03-CV-02919 was distributed by fax, mail, or direct printing on September 19, 2005 to the parties listed.

---

Emma Cole
LAW OFFICE OF EMMA COLE
2693 Union Ave., Extd.
Ste. 200
Memphis, TN 38112

M. Dell Stiner
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT