IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**TANYA HOLLIMON,**

      Plaintiff,     Case No.: 03-2919 D

v.

**SHELBY COUNTY GOVERNMENT,**

      Defendant.

---

RULE 16(b) SCHEDULING ORDER

---

Pursuant to the scheduling conference set by written notice, the following dates were established as the final dates for:

AMENDING PLEADINGS: October 15, 2005

[1]COMPLETING ALL DISCOVERY: December 31, 2005

    (a)    DOCUMENT PRODUCTION: December 31, 2005

    (b)    DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: December 31, 2005

    (c)    EXPERT DISCLOSURE (Rule 26):

        (1)    DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: N/A

        (2)    DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: N/A

---

[1]ALL DISCOVERY MUST BE ISSUED IN TIME TO BE COMPLETED BY THE DISCOVERY BAR DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-22-05



FILING PRETRIAL MOTIONS (INCLUDING MOTIONS FOR SUMMARY JUDGMENT): January 31, 2006

OTHER RELEVANT MATTERS:

This jury trial is expected to last 4-5 days and is **SET FOR TRIAL** at 9:00 a.m. on **Monday, June 19, 2006**. A pretrial conference is set for 8:45 a.m. on **Monday, June 5, 2006**. A joint pretrial order shall be submitted no later than 5:00 p.m. on **Tuesday, May 30, 2006**. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

The parties should conduct in-depth discovery consultations prior to filing any and all discovery motions. All motions with the exception of motions to dismiss or motions for summary judgment must be accompanied by a certificate of counsel verifying the parties inability to resolve the dispute. The proposed joint pretrial order should include any stipulated facts, contested issues of fact and or law, list of witnesses and exhibits and should be signed by the attorneys for all the parties.

If a jury trial has been requested, the parties should submit proposed jury instructions to the Court at the pre-trial conference. Failure to present the proposed instructions may be deemed a waiver with regard to presentation at a later date. If the action is to be tried by the Judge, the parties will be required to submit proposed findings of fact and conclusions of law in place of the proposed jury instructions.

The Civil Case Management Plan for this district requires that this case be disposed of by settlement or trial within eighteen (18) months of filing.

IT IS SO ORDERED this ___21___ day of ___September___, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:03-CV-02919 was distributed by fax, mail, or direct printing on September 22, 2005 to the parties listed.

---

Emma Cole
LAW OFFICE OF EMMA COLE
2693 Union Ave., Extd.
Ste. 200
Memphis, TN 38112

M. Dell Stiner
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT