

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ___ CAS ___ D.C.

2005 NOV 14  PM 1:41

TANYA HOLLIMON,   )
   **Plaintiff**   )
vs.   )
  )   **NO.:   03-2919 D/P**
SHELBY COUNTY GOVERNMENT   )
   **Defendant**   )
  )

FILED BY ___ D.C.
05 NOV 17  PM 1:5?

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
### IN THE ABOVE-STYLED CASE

Comes Now Counsel of Record, Emma Cole, and request leave to withdraw from representation in the above-styled matter. The Client and Counsel have had a disagreement over representational issues and cannot reach an accord. Therefore, Counsel and Client have agreed that it would be in the best interest of all parties concerned that Counsel withdraws from any further representation in the above-styled matter.

Pursuant to the attached notice, the Client has stated that she will be representing herself until new Counsel can be retained.

Respectfully Submitter,

By _Emma Cole_
Emma Cole, BPR#12603
Attorney at Law
2693 Union Avenue Extended
Suite 200
Memphis, Tennessee 38112
Telephone:   (901) 327-7977
Fax:   (901) 327-7445

**MOTION GRANTED**
DATE: _11-16-2005_
_Bernice B. Donald_
BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was forwarded to Eugene C. Gaerig, Assistant County Attorney, 100-North Main Building, Suite 3118, Memphis, TN 38103, by prepaid first-class mail on this *14th* day of *November*, 2005.

*Emma Cole*
Emma Cole

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was forwarded to M. Dell Stiner, Assistant County Attorney, 147 Jefferson Avenue, Suite 1205, Memphis, TN 38103, by prepaid first-class mail on this *14th* day of *November*, 2005.

*Emma Cole*
Emma Cole

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was forwarded to Tanya Holliman

Sims, 3236 Seminole Rd, Memphis, Tennessee 38111, by prepaid first-class mail on

this _14th_ day of _November_____, 2005.

*Emma Cole*
_____
Emma Cole

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

TANYA HOLLIMON, )
  Plaintiff, )
)
vs. )
)  NO.:  03-2919 D/P
)
SHELBY COUNTY GOVERNMENT )
  Defendant. )
)

## ORDER ALLOWING WITHDRAWAL

It appearing to the Court for good cause shown, that the Court will grant the Plaintiff's Motion to Allow the Withdrawal of EMMA L. COLE, as Counsel of Record in the above-styled matter.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff's Counsel, Emma Cole, is allowed to withdraw from representation of the Plaintiff in the above-styled Complaint on this _____ day of _____ 2005.

_____
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was forwarded to Eugene C. Gaerig, Assistant County Attorney, 100-North Main Building, Suite 3118, Memphis, TN 38103, by prepaid first-class mail on this _14th_ day of _November_____, 2005.

_____
Emma Cole

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was forwarded to M. Dell Stiner,

Assistant County Attorney, 147 Jefferson Avenue, Suite 1205, Memphis, TN 38103, by

prepaid first-class mail on this _____14th_____ day of ___November___, 2005.

_____Emma Cole_____
Emma Cole

**APPROVED :**

_____Emma Cole_____
Emma Cole, Attorney for Plaintiff

_____Eugene Gaerig (by permission)_____
Eugene Gaerig, Attorney for Defendant

_____M. Dell Stiner (by permission)_____
M. Dell Stiner, Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

**TANYA HOLLIMON,**
  **Plaintiff,**

**vs.**

**SHELBY COUNTY GOVERNMENT**
  **Defendant.**

)
)
)
)
)
)
)
)

**NO.:   03-2919 D/P**

## NOTICE OF WITHDRAWAL OF COUNSEL

I, TANYA HOLLIMAN (Sims),  Address:  3236 Seminole Rd, Memphis,

Tennessee 38111, Telephone Number (901) 281-2856, do hereby give notice to the Court

and Opposing Counsel that I an discontinuing the services of EMMA COLE as my

attorney in the above-styled case.  Until I have retained new Counsel, I will be

representing myself.

_____

Tanya Holliman Sims

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was forwarded to Eugene C. Gaerig,

Assistant County Attorney, 100-North Main Building, Suite 3118, Memphis, TN 38103,

by prepaid first-class mail on this _14th_ day of _November_, 2005.

_Emma Cole_
Emma Cole

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was forwarded to Tanya Holliman

Sims, 3236 Seminole Rd, Memphis, Tennessee 38111, by prepaid first-class mail on

this _14th_ day of _November_____, 2005.

_Emma Cole_
Emma Cole

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:03-CV-02919 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

Emma Cole
LAW OFFICE OF EMMA COLE
2693 Union Ave., Extd.
Ste. 200
Memphis, TN 38112

M. Dell Stiner
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT